UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JANE DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-01261-RLY-CSW |
| | ) | |
| UPPERLINE HEALTH, INC. d/b/a | ) | |
| UPPERLINE HEALTH INDIANA, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON DEFENDANT'S MOTION TO DISMISS**

Defendant, Upperline Health, Inc. d/b/a Upperline Health Indiana, filed a motion to dismiss the class action complaint filed by Plaintiff Jane Doe. Since the filing of that motion, Plaintiff filed an amended complaint. Accordingly, Defendant's Motion to Dismiss Class Action Complaint (Filing No. 20) is **DENIED as MOOT**.

**SO ORDERED** this 4th day of September 2024.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.