UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JANE DOE, individually, and on behalf of all others similarly situated, | ) ) ) |
| *Plaintiff,* | ) ) ) |
| v. | ) ) Case No. 1:23-cv-01261-RLY-CSW |
| UPPERLINE HEALTH, INC. d/b/a UPPERLINE HEALTH INDIANA | ) ) ) ) |
| *Defendant.* | ) ) |

**Fourth Joint Report on the Status of Discovery**

**1. A detailed description of all discovery completed to date.**

Since the last status report, counsel for the parties participated in a meet and confer call on August 19, 2024. During the August 19, 2024 meet and confer call, counsel for the parties discussed Upperline's outstanding discovery items, addressing the priority items that are essential for Plaintiff to disclose her expert witness(es) and compile expert report(s). Specifically, Plaintiff directed Upperline to compile a list of all tracking technologies that Upperline has ever used including the installation and removal dates, whether Upperline has any communications with regulators, and to produce JSON files and web form submission logs, to which Upperline's counsel agreed to produce and/or plainly state that the information sought does not exist. Upperline also stated on the call that it was interested in hiring a third-party vendor to assist in the discovery process and would inform Plaintiff's counsel whether it would engage with a vendor and the timeframe on when discovery may be produced based on the vendors analysis and recommendations. Plaintiff's counsel followed up with Upperline's counsel on September 3 and September 9, 2024 requesting an update. On September 12, 2024, Upperline's counsel informed

Plaintiff's counsel that it was a priority to provide additional discovery before the September 16, 2024 status report.

On September 15, 2024, Upperline provided Plaintiff's counsel with the alleged tracking technologies Upperline uses/has used, the installation date of the alleged tracking technology, the removal date of the alleged tracking technology and whether the alleged tracking technology is still active. Upperline further confirmed that there are no communications with regulators regarding the use of the tracking technology and informed Plaintiff's counsel that a third-party vendor was engaged by Upperline's counsel to collect additional data requested by Plaintiff. Upperline stated that it did not anticipate having the information and data ready to produce before the next joint status report on discovery was due the following day.

2. **A detailed description of all discovery presently scheduled or pending, including the due dates for any pending discovery requests and the scheduled dates for any depositions, and the identity of the counsel responsible for completing such discovery.**

Since the last status report, there is nothing new to report. Plaintiff still intends to take the 30(b)(6) deposition of Upperline noticed on March 5, 2024. At this time, there are no depositions scheduled to take place as Plaintiff does not have the priority discovery from Upperline to proceed with taking a 30(b)(6) deposition. The parties continue to work on Plaintiff's priority discovery and will then address the alleged deficiencies in the parties' discovery responses to the extent necessary before the Court issues an order on Upperline's pending motion to dismiss and the December 12, 2024, settlement conference.

3. **A detailed description of any discovery disputes presently pending, including the status of the resolution of the dispute and the identity of the counsel responsible for resolving the dispute.**

Upperline has produced some additional information, but Plaintiff is still waiting on a complete production. The parties are working to try and resolve this issue to not burden the Court.

4. **A detailed description of all discovery that is planned to be completed within the 28-day period following the report, including the identity of the counsel responsible for completing such discovery.**

Since the last joint status report, Upperline has hired a third-party vendor to aid in the collection of information and data to assist in the discovery process. Counsel responsible for completing this discovery and serving on Plaintiff is Upperline's counsel of record.

5. **A description of all known discovery remaining to be completed in this matter, including a proposed timetable for the completion of such discovery and the identity of the counsel responsible for completing such discovery.**

The discovery remaining to be completed in this matter is unchanged.

6. **Any other discovery issues any party believes should be brought to the attention of the Court so as to avoid any further delays in the completion of discovery in this matter.**

Upperline has produced some additional information, but Plaintiff is still waiting on a complete production. The parties are working to try and resolve this issue to not burden the Court, however, Plaintiff's counsel has informed Upperline's counsel that it intends to file a motion to compel if she does not receive the pertinent requested information before the fifth joint status report or at an agreed-upon date.

<table>
<tr><td>

Dated: September 16, 2024

*/s/Emily Davin Kopp*
Lynn A. Toops (No. 26386-49)
Emily Davin Kopp (No. 36206-49)
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
(317) 636-6481
ltoops@cohenandmalad.com
ekopp@cohenandmalad.com

J. Gerard Stranch, IV (*Pro Hac Vice*)
Andrew E. Mize (*Pro Hac Vice* forthcoming)
STRANCH, JENNINGS & GARVEY, PLLC
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
(615) 254-8801
(615) 255-5419 (facsimile)
gstranch@stranchlaw.com
amize@stranchlaw.com

Samuel J. Strauss (*Pro Hac Vice* forthcoming)
Raina Borelli (*Pro Hac Vice* forthcoming)
STRAUSS BORRELLI, PLLC
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611
(872) 263-1100
sam@straussborrelli.com
raina@straussborrelli.com

*Counsel for Plaintiff and the Proposed Class*

</td><td>

Respectfully submitted,

*/s/Philip R. Zimmerly*
Philip R. Zimmerly (No. 30217-06)
Tyler J. Moorhead (No. 34705-73)
BOSE MCKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, Indiana 46204
(317) 684-5000; (317) 684-5173 FAX
PZimmerly@boselaw.com
TMoorhead@boselaw.com

Paul G. Karlsgodt
Jonathan S. Maddalone
BAKER & HOSTETLER LLP
1801 California Street, Suite 4400
Denver, CO 80202
(303) 861-0600
(303) 861-7805 (facsimile)
pkarlsgodt@bakerlaw.com
jmaddalone@bakerlaw.com

Lisa Houssiere
BAKER & HOSTETLER LLP
811 Main Street, Suite 1100
Houston, TX 77002
(713) 646-1318
(713) 751-1717 (facsimile)
lhoussiere@bakerlaw.com
Georgia L. Bennett
BAKER & HOSTETLER LLP
1170 Peachtree Street NE, Suite 2400
Atlanta, GA 30309
(404) 946-9841
(404) 459-0050 (facsimile)
gbennett@bakerlaw.com

*Counsel for Defendant*

</td></tr>
</table>

4