UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JANE DOE, individually, and on behalf of all others similarly situated, | ) ) ) |
| *Plaintiff,* | ) ) ) |
| v. | ) ) |
| UPPERLINE HEALTH, INC. d/b/a UPPERLINE HEALTH INDIANA | ) ) ) ) |
| *Defendant.* | ) ) |

Case No. 1:23-cv-01261-RLY-CSW

**Fifth Joint Report on the Status of Discovery**

**1. A detailed description of all discovery completed to date.**

Since the last status report, on September 24, 2024, the Court granted Defendant's Motion to Dismiss and ordered that Plaintiff be allowed to file a Second Amended Complaint to cure the deficiencies by October 18, 2024. Plaintiff is currently in the process of drafting and finalizing her Second Amended Complaint to cure all deficiencies raised and will file it on or before October 18, 2024. Counsel for the parties have not met and conferred on discovery since the last status report. Plaintiff has been focused on filing her Second Amended Complaint.

**2. A detailed description of all discovery presently scheduled or pending, including the due dates for any pending discovery requests and the scheduled dates for any depositions, and the identity of the counsel responsible for completing such discovery.**

Since the last status report, there is nothing new to report. Plaintiff still intends to take the 30(b)(6) deposition of Upperline noticed on March 5, 2024. If necessary, Plaintiff will notice an amended notice of 30(b)(6) deposition based on the Second Amended Complaint. At this time, there are no depositions scheduled to take place as Plaintiff does not have the priority discovery

from Upperline to proceed with taking a 30(b)(6) deposition, and as Upperline is awaiting the filing of an operative complaint. After the filing of an amended complaint, the parties anticipate continuing to work on Plaintiff's priority discovery and will then address the alleged deficiencies in the parties' discovery responses to the extent necessary before the Court issues an order on Upperline's pending motion to dismiss and the December 12, 2024, settlement conference.

3. **A detailed description of any discovery disputes presently pending, including the status of the resolution of the dispute and the identity of the counsel responsible for resolving the dispute.**

    Plaintiff is still waiting on a complete production including the data and information that Upperline's third-party vendor was hired to extract and produce, and Upperline is awaiting the filing of an operative complaint. The parties are working to try and resolve this issue to not burden the Court.

4. **A detailed description of all discovery that is planned to be completed within the 28-day period following the report, including the identity of the counsel responsible for completing such discovery.**

    Upperline hired a third-party vendor to aid in the collection of information and data to assist in the discovery process. Counsel responsible for completing this discovery and serving on Plaintiff is Upperline's counsel of record.

5. **A description of all known discovery remaining to be completed in this matter, including a proposed timetable for the completion of such discovery and the identity of the counsel responsible for completing such discovery.**

    The discovery remaining to be completed in this matter is unchanged.

6. **Any other discovery issues any party believes should be brought to the attention of the Court so as to avoid any further delays in the completion of discovery in this matter.**

Upperline has produced some additional information, but Plaintiff is still waiting on a complete production. The parties are working to try and resolve this issue to not burden the Court.

| | |
|---|---|
| Dated: October 17, 2024 | Respectfully submitted, |
| */s/Emily Davin Kopp* <br> Lynn A. Toops (No. 26386-49) <br> Emily Davin Kopp (No. 36206-49) <br> COHEN & MALAD, LLP <br> One Indiana Square, Suite 1400 <br> Indianapolis, Indiana 46204 <br> (317) 636-6481 <br> ltoops@cohenandmalad.com <br> ekopp@cohenandmalad.com | */s/Philip R. Zimmerly* <br> Philip R. Zimmerly (No. 30217-06) <br> Tyler J. Moorhead (No. 34705-73) <br> BOSE MCKINNEY & EVANS LLP <br> 111 Monument Circle, Suite 2700 <br> Indianapolis, Indiana 46204 <br> (317) 684-5000; (317) 684-5173 FAX <br> PZimmerly@boselaw.com <br> TMoorhead@boselaw.com |
| J. Gerard Stranch, IV (*Pro Hac Vice*) <br> Andrew E. Mize (*Pro Hac Vice* forthcoming) <br> STRANCH, JENNINGS & GARVEY, PLLC <br> The Freedom Center <br> 223 Rosa L. Parks Avenue, Suite 200 <br> Nashville, Tennessee 37203 <br> (615) 254-8801 <br> (615) 255-5419 (facsimile) <br> gstranch@stranchlaw.com <br> amize@stranchlaw.com | Paul G. Karlsgodt <br> Jonathan S. Maddalone <br> BAKER & HOSTETLER LLP <br> 1801 California Street, Suite 4400 <br> Denver, CO 80202 <br> (303) 861-0600 <br> (303) 861-7805 (facsimile) <br> pkarlsgodt@bakerlaw.com <br> jmaddalone@bakerlaw.com |
| Samuel J. Strauss (*Pro Hac Vice* forthcoming) <br> Raina Borelli (*Pro Hac Vice* forthcoming) <br> STRAUSS BORRELLI, PLLC <br> One Magnificent Mile <br> 980 N Michigan Avenue, Suite 1610 <br> Chicago, Illinois 60611 <br> (872) 263-1100 <br> sam@straussborrelli.com <br> raina@straussborrelli.com | Lisa Houssiere <br> BAKER & HOSTETLER LLP <br> 811 Main Street, Suite 1100 <br> Houston, TX 77002 <br> (713) 646-1318 <br> (713) 751-1717 (facsimile) <br> lhoussiere@bakerlaw.com <br> Georgia L. Bennett <br> BAKER & HOSTETLER LLP <br> 1170 Peachtree Street NE, Suite 2400 <br> Atlanta, GA 30309 <br> (404) 946-9841 <br> (404) 459-0050 (facsimile) <br> gbennett@bakerlaw.com |
| *Counsel for Plaintiff and the Proposed Class* | *Counsel for Defendant* |