**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| JANE DOE, individually, and on behalf of all others similarly situated, | ) ) ) | |
| *Plaintiff,* | ) ) | |
| v. | ) ) | Case No. 1:23-cv-01261-RLY-CSW |
| UPPERLINE HEALTH, INC. d/b/a UPPERLINE HEALTH INDIANA | ) ) ) | |
| *Defendant.* | ) ) | |

**Sixth Joint Report on the Status of Discovery**

**1.  A detailed description of all discovery completed to date.**

Since the last status report, on October 18, 2024, Plaintiff filed a Second Amended Complaint seeking to cure the deficiencies raised in the September 24, 2024, Order dismissing Plaintiff's First Amended Complaint. On November 15, 2024, Upperline filed a motion to dismiss Plaintiff's Second Amended Complaint in its entirety. Counsel for the parties have not met and conferred on discovery since the last status report although Upperline produced a supplemental production on November 18, 2024. Plaintiff has not yet had adequate time to review the contents of the supplemental production prior to filing this joint report as the production was sent by Upperline this morning. Upperline anticipates filing a motion to stay discovery, in whole or in part, given the pendency of its renewed motion to dismiss. A stay of discovery is adamantly opposed by Plaintiff and will cause further delay of litigation in this case.

**2.  A detailed description of all discovery presently scheduled or pending, including the due dates for any pending discovery requests and the scheduled dates for any depositions, and the identity of the counsel responsible for completing such discovery.**

Since the last status report, there is nothing new to report. Plaintiff still intends to take the 30(b)(6) deposition of Upperline noticed on March 5, 2024. If necessary, Plaintiff will notice an amended notice of 30(b)(6) deposition based on the Second Amended Complaint. At this time, there are no depositions scheduled to take place. Briefing for Upperline's renewed motion to dismiss is still ongoing. At this time, Plaintiff does not know whether she has the priority discovery from Upperline to proceed with taking a 30(b)(6) deposition.

As of November 13, 2024, the Court vacated the settlement conference previously scheduled for December 12, 2024.

**3. A detailed description of any discovery disputes presently pending, including the status of the resolution of the dispute and the identity of the counsel responsible for resolving the dispute.**

Upperline made a supplemental production on November 18, 2024, the date this joint report is due. Plaintiff cannot represent at this time whether a complete production from the third-party vendor has been made. The parties are working to resolve this issue and not burden the Court.

**4. A detailed description of all discovery that is planned to be completed within the 28-day period following the report, including the identity of the counsel responsible for completing such discovery.**

Upperline's position is that discovery is improper given the Court's September 24, 2024, Order dismissing Plaintiff's First Amended Complaint in its entirety and because Plaintiff's Second Amended Complaint failed to cure the deficiencies highlighted in the Court's Order. Upperline anticipates filing a motion to stay discovery, in whole or in part, given the pendency of its renewed motion to dismiss.

Plaintiff's position is that proceeding with discovery is proper and any discovery stay filed by Upperline should be denied.

5. **A description of all known discovery remaining to be completed in this matter, including a proposed timetable for the completion of such discovery and the identity of the counsel responsible for completing such discovery.**

The discovery remaining to be completed in this matter is unchanged.

6. **Any other discovery issues any party believes should be brought to the attention of the Court so as to avoid any further delays in the completion of discovery in this matter.**

Upperline has produced some additional information in a production on November 18, 2024, and its position is that further discovery is inappropriate. Plaintiff's position is that she is still waiting on a complete production of discovery. The parties are working to resolve this issue and not burden the Court. As noted above, Upperline also anticipates filing a motion to stay discovery, in whole or in part, given the pendency of its renewed motion to dismiss, which Plaintiff adamantly opposes.

Dated: November 18, 2024

Respectfully submitted,

/s/Emily Davin Kopp
Lynn A. Toops (No. 26386-49)
Emily Davin Kopp (No. 36206-49)
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
(317) 636-6481
ltoops@cohenandmalad.com
ekopp@cohenandmalad.com

J. Gerard Stranch, IV (*Pro Hac Vice*)
Andrew E. Mize (*Pro Hac Vice* forthcoming)
STRANCH, JENNINGS & GARVEY, PLLC
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200 Nashville, Tennessee 37203
(615) 254-8801
(615) 255-5419 (facsimile)
gstranch@stranchlaw.com
amize@stranchlaw.com

Samuel J. Strauss (*Pro Hac Vice* forthcoming)
Raina Borelli (*Pro Hac Vice* forthcoming)
STRAUSS BORRELLI, PLLC
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611
(872) 263-1100
sam@straussborrelli.com
raina@straussborrelli.com

*Counsel for Plaintiff and the Proposed Class*

/s/Philip R. Zimmerly
Philip R. Zimmerly (No. 30217-06)
Tyler J. Moorhead (No. 34705-73)
BOSE MCKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, Indiana 46204
(317) 684-5000; (317) 684-5173 FAX
PZimmerly@boselaw.com
TMoorhead@boselaw.com

Paul G. Karlsgodt
BAKER & HOSTETLER LLP
1801 California Street, Suite 4400 Denver, CO 80202
(303) 861-0600
(303) 861-7805 (facsimile)
pkarlsgodt@bakerlaw.com

Lisa Houssiere
BAKER & HOSTETLER LLP
811 Main Street, Suite 1100
Houston, TX 77002
(713) 646-1318
(713) 751-1717 (facsimile)
lhoussiere@bakerlaw.com

Jonathan S. Maddalone (*pro hac vice*)
BAKER & HOSTETLER LLP
1050 Connecticut Ave N.W., Suite 1100
Washington, D.C. 20036
Telephone: 202.861-1727
Facsimile: 202.861-1783
jmaddalone@bakerlaw.com

Georgia L. Bennett
BAKER & HOSTETLER LLP
1170 Peachtree Street NE, Suite 2400
Atlanta, GA 30309
(404) 946-9841
(404) 459-0050 (facsimile)
gbennett@bakerlaw.com

*Counsel for Defendant*