**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| JANE DOE, individually, and on behalf of all others similarly situated, | ) ) ) |
| *Plaintiff,* | ) ) |
| v. | ) Case No. 1:23-cv-01261-RLY-CSW |
| | ) |
| UPPERLINE HEALTH, INC. d/b/a UPPERLINE HEALTH INDIANA | ) ) ) |
| *Defendant.* | ) ) |

**ORDER**

NOW before the Court is *Plaintiff's Unopposed Motion to Amend Case Caption* and *Memorandum of Law in Support,* filed December 6, 2024, (Dkt. No. 95), and being duly advised on the premises hereby GRANTS said motion.

IT IS THEREFORE ORDERED that this action shall proceed bearing the following caption:

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| RACHEL JARRETT, individually, and on behalf of all others similarly situated, | ) ) ) |
| *Plaintiff,* | ) ) |
| v. | ) Case No. 1:23-cv-01261-RLY-CSW |
| | ) |
| UPPERLINE HEALTH, INC. d/b/a UPPERLINE HEALTH INDIANA | ) ) ) |
| *Defendant.* | ) ) |

IT IS SO ORDERED.

Date:  December 9, 2024

Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

Distributed electronically to ECF registered counsel of record.