UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RACHEL JARRETT, individually, and on behalf of all others similarly situated, | ) ) ) |
| *Plaintiff,* | ) ) |
| v. | ) Case No. 1:23-cv-01261-RLY-CSW ) |
| UPPERLINE HEALTH, INC. d/b/a UPPERLINE HEALTH INDIANA | ) ) ) |
| *Defendant.* | ) ) |

**Fourteenth Joint Report on the Status of Discovery**

**1. A detailed description of all discovery completed to date.**

As ordered, Plaintiff responded to Upperline's letter objecting to all 30(b)(6) Notice of Deposition topics on July 21, 2025. The parties met and conferred on September 29, 2025, on the noticed 30(b)(6) topics. During the meet and confer call, the parties went through each noticed topic and several of the pending issues between the parties were remedied. Upperline intends to respond to Plaintiff's July 21, 2025, letter within three (3) weeks to memorialize the parties' discussion as well as respond to Plaintiff's proposals in regard to the noticed definitions.

Plaintiff intends to send Upperline a new settlement demand now that the Court has entered a ruling on Upperline's Motion to Dismiss, and Plaintiff's violation of the Electronic Communications Privacy Act, 18 U.S.C. § 2511(1), claim survives as of August 8, 2025 [Doc. 117]. Upperline will review and respond to the new settlement demand.

The next telephonic status conference is set for October 15, 2025, at 10:30 a.m. EST.

2. **A detailed description of all discovery presently scheduled or pending, including the due dates for any pending discovery requests and the scheduled dates for any depositions, and the identity of the counsel responsible for completing such discovery.**

   Since the last status report, Upperline provided Plaintiff's counsel with the amount left on Upperline's insurance coverage for settlement purposes. The parties additionally met and conferred on September 29, 2025, and discussed each of the noticed 30(b)(6) deposition topics served on Upperline on March 5, 2024. Plaintiff intends to take the 30(b)(6) deposition of Upperline if settlement negotiations are not fruitful. Plaintiff will send Upperline a new settlement demand and allow Upperline the opportunity to counteroffer. Upperline also intends to take the deposition of Plaintiff. At this time, there are no depositions scheduled to take place as the parties want to conserve their resources on preparing for deposition but do not want to delay litigation so 30(b)(6) discussions will continue.

3. **A detailed description of any discovery disputes presently pending, including the status of the resolution of the dispute and the identity of the counsel responsible for resolving the dispute.**

   The parties are working to resolve any issues that may arise as it pertains to discovery and not burden the Court. At this time, there are no discovery disputes pending as the parties are trying to cooperate and move discovery forward.

4. **A detailed description of all discovery that is planned to be completed within the 28-day period following the report, including the identity of the counsel responsible for completing such discovery.**

   Within the next period, Upperline intends to respond to Plaintiff's July 21, 2025, letter on her 30(b)(6) Notice of Deposition topics memorializing the parties' agreements and responding to

Plaintiff's proposals regarding definitions in the July 21, 2025, letter. If possible, the parties will meet and confer after Upperline responds before the next period if not within the following period.

Plaintiff has reserved her right to collect complete discovery from Upperline as the parties have agreed to certain necessary discovery items in the interest of proceeding with depositions. Upperline reserves all rights to collect complete discovery from Plaintiff in advance of Plaintiff's deposition.

5. **A description of all known discovery remaining to be completed in this matter, including a proposed timetable for the completion of such discovery and the identity of the counsel responsible for completing such discovery.**

    The status of remaining discovery is unchanged.

6. **Any other discovery issues any party believes should be brought to the attention of the Court so as to avoid any further delays in the completion of discovery in this matter.**

    There are no other issues that should be brought to the attention of the Court at this time. The parties are working to resolve any issues as they arise and not burden the Court.

Dated: September 29, 2025

/s/Emily Davin Herrin
Lynn A. Toops (No. 26386-49)
Emily Davin Herrin (No. 36206-49)
COHENMALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
(317) 636-6481
ltoops@cohenmalad.com
ekopp@cohenmalad.com

J. Gerard Stranch, IV (*Pro Hac Vice*)
Andrew E. Mize (*Pro Hac Vice* forthcoming)
STRANCH, JENNINGS & GARVEY, PLLC
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200 Nashville, Tennessee 37203
(615) 254-8801
(615) 255-5419 (facsimile)
gstranch@stranchlaw.com
amize@stranchlaw.com

Samuel J. Strauss (*Pro Hac Vice* forthcoming)
Raina Borelli (*Pro Hac Vice* forthcoming)
STRAUSS BORRELLI, PLLC
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611
(872) 263-1100
sam@straussborrelli.com
raina@straussborrelli.com

*Counsel for Plaintiff and the Proposed Class*

Respectfully submitted,

/s/Philip R. Zimmerly
Philip R. Zimmerly (No. 30217-06)
Tyler J. Moorhead (No. 34705-73)
BOSE MCKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, Indiana 46204
(317) 684-5000; (317) 684-5173 FAX
PZimmerly@boselaw.com
TMoorhead@boselaw.com

Paul G. Karlsgodt
BAKER & HOSTETLER LLP
1801 California Street, Suite 4400
Denver, CO 80202
(303) 861-0600
(303) 861-7805 (facsimile)
pkarlsgodt@bakerlaw.com

Lisa Houssiere
BAKER & HOSTETLER LLP
811 Main Street, Suite 1100
Houston, TX 77002
(713) 646-1318
(713) 751-1717 (facsimile)
lhoussiere@bakerlaw.com

Jonathan S. Maddalone (*pro hac vice*)
BAKER & HOSTETLER LLP
1050 Connecticut Ave N.W., Suite 1100
Washington, D.C. 20036
Telephone: 202.861-1727
Facsimile: 202.861-1783
jmaddalone@bakerlaw.com

Georgia L. Bennett
BAKER & HOSTETLER LLP
1170 Peachtree Street NE, Suite 2400
Atlanta, GA 30309
(404) 946-9841
(404) 459-0050 (facsimile)
gbennett@bakerlaw.com

*Counsel for Defendant*