UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RACHEL JARRETT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UPPERLINE HEALTH, INC., d/b/a UPPERLINE HEALTH INDIANA,<br><br>Defendant. | No. 1:23-cv-01261-RLY-CSW |

**ENTRY ON DEFENDANT'S MOTION TO ALTER OR AMEND THE COURT'S AUGUST 8, 2025, ORDER OR, IN THE ALTERNATIVE, MOTION TO CERTIFY QUESTION**

On August 8, 2025, the court granted in part and denied in part Upperline Health, Inc. d/b/a Upperline Health Indiana's Motion to Dismiss Plaintiff's Second Amended Complaint. Upperline now moves the court to reconsider the court's ruling denying the motion to dismiss Count IX, which asserts a claim under the Electronic Communications Privacy Act ("ECPA"), 18 U.S.C. § 2511(1). Upperline's motion is **DENIED**. The question of whether Plaintiff has stated a claim under the crime-tort exception is better addressed after the close of discovery.

Upperline's alternative request to certify that question for immediate appeal is likewise **DENIED** because, as framed, the question posed is not a pure question of law. *Holwill v. AbbVie Inc.*, No. 1:18-cv-06790, 2021 WL 1540998, at *1 (N.D. Ill. Apr. 19, 2021) (observing that "if the issue of whether a plaintiff satisfied a well-developed

pleading standard qualifies as a controlling question of law under § 1292(b), then every denial of a motion to dismiss would be subject to an interlocutory appeal").  Moreover, certifying an interlocutory appeal from the denial of Upperline's motion to dismiss Count IX would not materially advance the ultimate termination of the litigation.

Accordingly, Upperline's Motion to Alter or Amend the Court's August 8, 2025, Order Concerning Plaintiff's ECPA Claim, or, in the Alternative, Motion to Certify Question Under 28 U.S.C. § 1292(b) (Dkt. 123) is **DENIED**, and its Motion for Oral Argument on the same (Dkt. 129) is **DENIED**.

**SO ORDERED** this 2nd day of February 2026.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.