UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| RACHEL JARRETT Individually, and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:23-cv-01261-RLY-CSW |
| UPPERLINE HEALTH, INC. d/b/a UPPERLINE HEALTH INDIANA, | ) ) ) ) | |
| Defendant. | ) | |

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

This matter is before the Court *sua sponte*. A **Telephonic Status Conference** is set before Magistrate Judge Crystal S. Wildeman on **July 20, 2026, at 2:30 p.m., (Eastern Time)**. The purpose of this conference is to discuss case status. The information needed by parties to participate in this telephone conference will be provided by a separate notification.

**SO ORDERED.**

Date:   May 26, 2026

Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

Distributed electronically to ECF registered counsel of record.